# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Northern District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

David G. Trager
United States District Court
Eastern District of New York

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:         [202] 502-2888
http://www.jpml.uscourts.gov

December 2, 2009

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Re:  MDL No. 2120 -- IN RE: Pamidronate Products Liability Litigation

Dear Mr. Heinemann:

Attached as a separate document is a certified copy of a transfer order that the Judicial Panel on Multidistrict Litigation issued today in the above-captioned matter.  The order is directed to you for filing. Rule 1.5 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 428 (2001), states "A transfer or remand pursuant to 28 U.S.C. § 1407 shall be effective when the transfer or remand order is filed in the office of the clerk  of the district court of the transferee district."

Today we are also serving an information copy of the order on the transferor court(s).  The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred [transferor court]."

Rule 1.6(a), pertaining to transfer of files, states "the clerk of the transferor district court shall forward to the clerk of the transferee district court the complete original file and a certified copy of the docket sheet for each transferred action." **With the advent of electronic filing, many transferee courts have found that it is not necessary to request the original file.  Some transferee courts will send their certified copy of the Panel order with notification of the newly assigned transferee court case number and inform the transferor courts that they will copy the docket sheet via PACER.  Others may request a certified copy of the docket sheet and a copy of the complaint (especially if it was removed from state court).  You should be specific as to the files you would like to receive from the transferor courts and if no files will be necessary, you should make that clear.  Therefore, Rule 1.6(a) will be satisfied once a transferor court has complied with your request.**

You may find Chapter 7 of Volume 4 of the Clerks Manual, United States District Courts helpful in managing the MDL docket.

The Panel Clerk's Office maintains the only statistical accounting of multidistrict litigation traffic in the federal courts.  Therefore, we would appreciate your cooperation in keeping the Panel advised of the progress of this litigation.  We are particularly interested in receiving the docket numbers assigned to each transferred action by your court; the caption and docket numbers of all actions originally filed in your district; and copies of orders regarding appointment of liaison counsel, settlements, dismissals, state court remands, and reassignments to other judges in your district.

Your attention is also directed to Panel Rule 7.6, regarding termination and remand of transferred actions. Upon notification from your court of a finding by the transferee judge suggesting to the Panel that Section 1407 remand of a transferred action is appropriate, this office will promptly file a conditional remand order.

Attached to this letter, for your information, is a copy of the Panel Service List and a listing of the transferor court clerks with respect to this order.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _Jakeia Mells_
Jakeia Mells
Deputy Clerk

Attachments (Transfer Order is a Separate Document)

cc:     Transferee Judge: Judge Kiyo Matsumoto
        Chief Judge Transferee District: Judge Raymond Dearie

JPML Form 33

**IN RE: PAMIDRONATE PRODUCTS LIABILITY LITIGATION**                    MDL No. 2120

## PANEL SERVICE LIST

David C. Banker
BUSH ROSS PA
1801 N. Highland Avenue
P.O. Box 3913
Tampa, FL 33601-3913

Kristine M. Brown
ALSTON & BIRD LLP
1201 West Peachtree Street
Suite 4200
Atlanta, GA 30309-3424

Marianne R. Casserly
ALSTON & BIRD LLP
950 F Street, NW
Washington, DC 20004-1404

Troy A. Fuhrman
HILL WARD & HENDERSON PA
101 East Kennedy Blvd.
Suite 3700
P.O. Box 2231
Tampa, FL 33601-2231

Christina Lee Gaarder
VENABLE LLP
Two Hopkins Plaza
750 East Pratt Street, Suite 900
Baltimore, MD 21202

Robert G. Germany
PITTMAN GERMANY ROBERTS &
    WELSH LLP
410 South President Street
Jackson, MS 39201

Jesse J. Graham II
RIVKIN RADLER LLP
926 RexCorp Plaza
Uniondale, NY 11556

Katharine R. Latimer
HOLLINGSWORTH LLC
1350 I Street, N.W.
9th Floor
Washington, DC 20005

Christooher C. Marquardt
ALSTON & BIRD LLP
1201 West Peachtree Street
One Atlantic Center
Atlanta, GA 30309-3424

Daniel A. Osborn
OSBORN LAW PC
295 Madison Avenue, 39th Floor
New York, NY 10017

Heather Ann Pigman
HOLLINGSWORTH LLP
1350 I Street, N.W.
9th Floor
Washington, DC 20005

Robert O. Stripling, Jr.
STRIPLING & STRIPLING PA
102 N.W. 2nd Avenue
P.O. Box 1287
Gainesville, FL 32601

Meghan M. Tans
LEVIN PAPANTONIO THOMAS ET AL
316 South Baylen Street
P.O. Box 12308
Suite 600
Pensacola, FL 32591

Bart T. Valad
LAW FIRM OF BART T VALAD PLLC
3863 Plaza Drive
Fairfax, VA 22030

John Julian Vecchione
VALAD & VECCHIONE PLLC
3863 Plaza Drive
Fairfax, VA 22030

Amber C. Wessels
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016

**IN RE: PAMIDRONATE PRODUCTS LIABILITY LITIGATION**                MDL No. 2120

## INVOLVED CLERKS LIST

J. Michael McMahon, Clerk
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312
**MDL Clerk NYSD/NYSD/02/USCOURTS**

Nancy Mayer-Whittington, Clerk
1834 E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001-2802
**DCDml_MDLClerk**

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800
**Flmd-MDL Litigition/FLMD/11/USCOURTS**

William M. McCool, Clerk
243 Federal Building
401 Southeast First Avenue
Gainesville, FL 32601-6805
**William_McCool@flnd.uscourts.gov**