A CERTIFIED TRUE COPY
ATTEST
By Tarrell L. Littleton on Jan 04, 2010
FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Dec 16, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: PAMIDRONATE PRODUCTS LIABILITY LITIGATION

Dorothy Wessel, et al. v. APP Pharmaceuticals, LLC, et al.,  )
    D. District of Columbia, C.A. No. 1:09-1576  )    MDL No. 2120

EDNY Number 10 CV 0005(KAM)(SMG)

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On December 2, 2009, the Panel transferred nine civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d__ (J.P.M.L. 2009). With the consent of that court, all such actions have been assigned to the Honorable Kiyo Matsumoto.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Matsumoto.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of December 2, 2009, and, with the consent of that court, assigned to the Honorable Kiyo Matsumoto.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jan 04, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY
ATTEST
ROBERT C. HEINEMANN
CLERK OF COURT

By August Marziliano on   1/4/2010

FOR THE UNITED STATES COURTS
EASTERN DISTRICT OF NEW YORK